UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STAN CHRISTIANSON,<br><br>                   Plaintiff,<br><br>     v.<br><br>THE BOEING COMPANY,<br><br>                  Defendant. | CASE NO. C20-1349RSM<br><br>ORDER GRANTING MOTION TO PERMIT SUBSITUTION OF COUNSEL AND RENOTING MOTION TO AMEND COMPLAINT |

      This matter comes before the Court on Plaintiff Stan Christianson's "Motion to Permit Substitution of Counsel and Amendment of Complaint." Dkt. #10. This Motion first attempts to substitute in attorney Rodney R. Moody for prior Plaintiff's counsel Richard Hughes. This Motion does not conform to this Court's Local Rule on Attorney Appearance and Withdrawal, LCR 83.2. An attorney may make an entry of appearance by signing and filing a notice of appearance, complaint, amended complaint, answer, amended answer, notice of removal, motion to intervene, or motion for joinder. LCR 83.2(a). Mr. Moody has not filed any of these but has filed a motion to amend with an attached, unsigned proposed amended complaint. In the interest of saving judicial resources, the Court will accept this filing as an entry of appearance and direct the Clerk to add Mr. Moody as counsel in this case.

Mr. Hughes has not properly withdrawn as counsel under LCR 83.2(b). Almost all methods of withdrawal require Mr. Hughes to file a notice or motion. Plaintiff has personally indicated via declaration that he wishes for Mr. Moody to serve as his new counsel of record and that Mr. Hughes has left the state and "is no longer practicing in Washington." *See* Dkt. #10-1. Given the various methods of withdrawal under LCR 83.2(b) and the interest of saving judicial resources, the Court will again accept these filings as adequate under LCR 83.2(b)(6) for Mr. Hughes to be removed as counsel of record for Plaintiff.

The Court notes that the instant Motion was not properly noted for consideration in the Court's electronic filing system. The Court will grant the above relief now so that Plaintiff is represented but note the Motion for consideration on April 16 to allow for responsive briefing on the remaining issue of amendment.

Having reviewed the relevant pleadings and the remainder of the record, the Court hereby finds and ORDERS that Rodney R. Moody is hereby substituted in as current counsel of record for Plaintiff Stan Christianson. Mr. Hughes is removed as Plaintiff's counsel. The Court DIRECTS the Clerk to make these changes and to note the instant Motion, Dkt. #10, for consideration on Friday, April 16, 2021, consistent with LCR 7(d)(3).

DATED this 2nd day of April, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE