UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| STAN CHRISTIANSON, | CASE NO. C20-1349RSM |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO AMEND COMPLAINT |
| v. | |
| THE BOEING COMPANY, | |
| Defendant. | |

This matter comes before the Court on Plaintiff Stan Christianson's "Motion to Permit Substitution of Counsel and Amendment of Complaint." Dkt. #10. This Motion first attempts to substitute in attorney Rodney R. Moody for prior Plaintiff's counsel Richard Hughes. The Court has already addressed this substitution in a prior Order. Dkt. #11. The Court has now reviewed the remainder of the Motion, and, finding good cause for amendment and no opposition brief filed by Boeing, will grant the requested relief.

Having reviewed the relevant pleadings and the remainder of the record, the Court hereby finds and ORDERS that Plaintiff's Motion to Amend, Dkt #10, is GRANTED. Plaintiff is DIRECTED to file the first amended complaint, attached to his Motion, immediately.

DATED this 11th day of May, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO AMEND COMPLAINT - 1